UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESSICA NICOLE PITCHER,

        Defendant.
_____/

No. 1:24-CR-179

**CLASS A MISDEMEANOR INFORMATION PENALTY SHEET**

**Knowingly Obtaining Protected Health Information Without Authorization** [42 U.S.C. § 1320d-6(a)(2)]

**Maximum penalty:** Not more than 1 year imprisonment and/or $100,000 fine [42 U.S.C. § 1320d-6(b)(1)]

**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] Class A Misdemeanor [18 U.S.C. § 3559]

**Special Assessment:** $25 [18 U.S.C. § 3013]

**Restitution:** Discretionary and/or pursuant to any plea agreement [18 U.S.C. § 3663(a)(3)]

**Other:** Possible professional licensing and/or employment implications

Date:  November 27, 2024        /s/ Ronald M. Stella
                                                Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046